SEPTEMBER 28, 1990

No. 89–1769.  REPUBLIC OF CHINA v. LIU.  C. A. 9th Cir. Certiorari dismissed under this Court's Rule 46.